774

certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Asher Blum* for petitioner. *Mr. Harvey L. Lechner* for respondent.

No. 103. REA ET AL. *v.* DEVANNEY ET AL. October 18, 1943. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Messrs. Ralph H. Henney, Matthew L. Bigger,* and *Benj. F. Levinson* for petitioners. *Messrs. Henry L. Scarlett* and *Marvin Harrison* for respondents.

No. 326. INLAND OVERSEAS STEAMSHIP CORP. *v.* POLAR STEAMSHIP CORP. October 18, 1943. The motion to proceed on the typewritten record is granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Isidor Enselman* for petitioner. *Messrs. Lewis F. Glaser* and *Aaron Frank* for respondent.

No. 113. EMMETT *v.* GEORGIA. October 18, 1943. Petition for writ of certiorari to the Supreme Court of Georgia denied. *Messrs. William Schley Howard* and *Lawrence S. Camp* for petitioner. *Mr. T. Grady Head,* Attorney General of Georgia, for respondent.

No. 347. SMITH *v.* SQUIER, WARDEN. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *George Wilbur Smith, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Oscar A. Provost* and *Alvin J. Rockwell* for respondent.